Jennifer Seraphine, Esq.  (SBN: 245463)
Jennifer.Seraphine@thompsonhine.com
THOMPSON HINE LLP
155 Bovet Rd, Ste 600
San Mateo, CA 94402
T: (650) 265-6018

Doori C. Song, Esq.  (SBN: 334177)
Doori.Song@thompsonhine.com
THOMPSON HINE LLP
2049 Century Park East, Suite 3500
Los Angeles, California 90067
T: (310) 998-9100
F: (310) 998-9109

Attorneys for Defendant BLOCK, INC.

Nick Barthel, Esq.
nick@barthelbarthel.com
BARTHEL LEGAL, APC
2173 Salk Ave., STE 250
Carlsbad, CA 92008
T: (760) 259-0033

Attorneys for Plaintiff PETER FLACK

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FLACK,<br><br>   Plaintiff,<br><br> v.<br><br>BLOCK, INC,<br><br>and<br><br>U.S. BANK, NA<br>   Defendants. | Case No. 3:25cv10927<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BLOCK, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Peter Flack ("Plaintiff") and Defendant Block, Inc. ("Defendant") hereby stipulate to a fifteen-day extension of Defendant's deadline to respond to Plaintiff's properly served Complaint, from February 25, 2026 to March 12, 2026, for Defendant to further review and consider the allegations in the Complaint. No prior extensions have been requested. The extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: February 20, 2026          THOMPSON HINE LLP

                                  By: /s/ Doori C. Song
                                       Doori C. Song, Esq. (SBN: 334177)

                                  Attorneys for Defendant
                                  BLOCK, INC.

Dated: February 20, 2026          BARTHEL LEGAL, APC

                                  By: /s/ Nick Barthel
                                       Nick Barthel, Esq.

                                  Attorneys for Plaintiff
                                  PETER FLACK

**IT IS SO STIPULATED**

                                  Hon. Judge Trina L. Thompson

## FILER'S ATTESTATION

I, Doori C. Song, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 20, 2026

THOMPSON HINE LLP

/s/ Doori C. Song
_____
Doori C. Song